UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARL HAMPTON,<br>1250 4th St., SW, Unit W511,<br>Washington, D.C. 20024,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES F. CONNER, ACTING SECRETARY,<br>U.S. DEPARTMENT OF AGRICULTURE,<br>1400 Independence Avenue, NW,<br>Washington, D.C. 20250,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 07-2221 (ESH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Alan Burch, Assistant U.S. Attorney, as counsel for Defendant.

Respectfully submitted,

/s/
ALAN BURCH, D.C. BAR #470655
Assistant U.S. Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov