UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARL HAMPTON, <br><br> Plaintiff, <br><br> v. <br><br> CHARLES F. CONNER, ACTING SECRETARY, <br> U.S. DEPARTMENT OF AGRICULTURE, <br><br> Defendant. | Civil Action No. 07-2221 (ESH) |

**CONSENT MOTION TO ENLARGE TIME TO FILE ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

Defendant, Charles F. Conner, Acting Secretary, United States Department of Agriculture, respectfully requests an additional thirty (30) days to file an answer or otherwise respond to the complaint in this case, which involves allegations of employment discrimination. This Office was served with the complaint on December 27, 2008, resulting in the current deadline of February 25, 2008. With this motion, Defendant requests a new deadline of March 26, 2008. Counsel for Plaintiff indicated in a phone call that she has no objection to this extension of time.

The extension is requested to permit undersigned counsel sufficient time to review the files and consult with agency counsel. The files in this case are relatively voluminous, and were only received in this Office recently.

This is Defendant's first request to move this deadline, and the extension will not prejudice Plaintiff.

A proposed order is attached.

February 12, 2008                    Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s/_____
ALAN BURCH, D.C. BAR #470655
Assistant U.S. Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARL HAMPTON,<br><br>  Plaintiff,<br><br>  v.<br><br>CHARLES F. CONNER, ACTING SECRETARY,<br>U.S. DEPARTMENT OF AGRICULTURE,<br><br>  Defendant. | Civil Action No. 07-2221 (ESH) |

**ORDER ON MOTION TO ENLARGE**

UPON CONSIDERATION of Defendant's Consent Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendant shall file an answer or otherwise respond to the complaint on or before March 26, 2008.

So ordered, this _____ day of February 2008.

_____
ELLEN S. HUVELLE
United States District Judge