UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KARL HAMPTON,

    Plaintiff,

        v.                        No. 07-2221 (ESH)

CHARLES F. CONNER, Acting Secretary,
United States Department of Agriculture,

    Defendant.

## ENTRY OF APPEARANCE

    The Clerk will please enter the appearance of Michael J. Kator as counsel for Plaintiff.

DATED: April 2, 2008             _____/s/_____
                                                    Michael J. Kator
                                                    KATOR, PARKS & WEISER
                                                    1200 18th Street, N.W., Suite 1000
                                                    Washington, DC 20036
                                                    (202) 898-4800

                                                    Attorney for Plaintiff