UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARL HAMPTON,<br><br>    Plaintiff,<br><br>        v.<br><br>CHARLES F. CONNER,<br><br>    Defendant. | No. 07-2221 (ESH) |

## CONSENT MOTION FOR ENLARGEMENT OF TIME

      Plaintiff Karl Hampton hereby moves for an enlargement of thirty days, to and including April 25, 2008, within which to respond to Defendant's motion to dismiss. Defendant consents to the relief sought herein. Counsel needs additional time because of the press of other matters. Specifically, Counsel must prepare a closing brief in a matter heard by the Foreign Service Grievance Board, an opposition to a motion to dismiss in the Northern District of Georgia, a class certification brief before the Equal Employment Opportunity Commission and an opposition to a motion to amend in a matter pending in this district. The press of these matters precludes Counsel from devoting the time necessary to respond to Defendant's motion.

      For these reasons, Plaintiff requests an enlargement of thirty days, to and including April 25, 2008, within which to submit his opposition.

DATED: April 2, 2008                        _____/s/_____
                                                                     Michael J. Kator
                                                                     KATOR, PARKS & WEISER
                                                                     1200 18th Street, N.W., Suite 1000
                                                                     Washington, DC 20036
                                                                     (202) 898-4800
                                                                     Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KARL HAMPTON,

    Plaintiff,

    v.

CHARLES F. CONNER,

    Defendant.

No. 07-2221 (ESH)

**O R D E R**

Upon consideration of Plaintiff's Consent Motion for Enlargement of Time, it is this

_____ day of April, 2008

ORDERED that Plaintiff's motion is GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall have to and including April 25, 2008, within which to submit his opposition to Defendant's motion to dismiss.

_____
UNITED STATES DISTRICT JUDGE