UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KARL HAMPTON,

    Plaintiff,

        v.                        No. 07-2221 (ESH)

CHARLES F. CONNER,

    Defendant.

## SECOND CONSENT MOTION FOR ENLARGEMENT OF TIME

Plaintiff Karl Hampton hereby moves for an enlargement of fourteen days, to and including May 9, 2008, within which to respond to Defendant's motion to dismiss. Defendant consents to the relief sought herein. Counsel continues to need additional time because of the press of other matters. In Plaintiff's original motion for enlargement of time, Counsel had intended to request until May 9, 2008, within which to submit their response. However, Counsel mistakenly began counting from the date Defendant filed his motion rather than the date the response would originally have been due. Thus, while Plaintiff originally sought a thirty-day enlargement of time, he ended up requesting only a 16-day enlargement.

For these reasons, Plaintiff requests an enlargement of 14 days, to and including May 9, 2008, within which to submit his opposition.

DATED: April 18, 2008                      _____/s/_____
                                                  Michael J. Kator
                                                  KATOR, PARKS & WEISER
                                                  1200 18th Street, N.W., Suite 1000
                                                  Washington, DC 20036
                                                  (202) 898-4800
                                                  Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KARL HAMPTON,

    Plaintiff,

    v.

CHARLES F. CONNER,

    Defendant.

No. 07-2221 (ESH)

**O R D E R**

Upon consideration of Plaintiff's Second Consent Motion for Enlargement of Time, it is this _____ day of April, 2008

ORDERED that Plaintiff's motion is GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall have to and including May 9, 2008, within which to submit his opposition to Defendant's motion to dismiss.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE