**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KARL HAMPTON,

    Plaintiff,

        v.                        No. 07-2221 (ESH)

CHARLES F. CONNER, Acting Secretary,
United States Department of Agriculture,

    Defendant.

## REPORT OF LOCAL RULE 16.3 CONFERENCE

Pursuant to the rules of this Court, counsel in the above-styled matter submit this report. Further, a proposed Scheduling Order incorporating the parties' suggestions is attached.

1.     Status of Dispositive Motions. Plaintiff believes that, absent settlement, this case will need to be tried. Defendant believes that all or some of plaintiff's claims may be resolved through dispositive motion. There are no dispositive motions pending.

2.     Amended Pleadings: The parties do not anticipate that it will be necessary to join third parties or amend the pleadings.

3.     Assignment to Magistrate Judge: The parties believe that assignment to a Magistrate Judge is unnecessary and prefer to remain on the present calendar for all purposes, including trial.

4.     Settlement Possibility: The parties believe that settlement is a possibility in the case but that the parties need to conduct discovery prior to engaging in meaningful settlement negotiations.

5.     Alternative Dispute Procedures: The parties believe that mediation could prove beneficial after discovery is conducted.

6. <u>Dispositive Motions</u>: As stated above, the parties disagree as to whether this case may be resolved by dispositive motion. Nonetheless, the parties agree that any dispositive motion should be filed within forty (40) days of the close of expert discovery, that any opposition to that motion should be filed within thirty (30) days of the filing of the motion, and that any reply should be filed within fifteen (15) days of the filing of the opposition.

7. <u>Initial Disclosures</u>: The parties agree to dispense with initial disclosures.

8. <u>Discovery</u>. The parties request six months to complete non-expert discovery, and an additional sixty (60) days to complete expert discovery.

9. <u>Experts</u>: The parties agree that the requirements of Fed. R. Civ. P. 26(a)(2) should not be modified, except that the parties propose that expert report(s), if any, shall be disclosed by the close of non-expert discovery, and that responsive expert report(s), if any, shall be disclosed 30 days thereafter. Depositions of experts will be conducted by the close of the 60-day expert discovery period.

10. <u>Class Action Procedures</u>: Not applicable.

11. <u>Bifurcation of Discovery or Trial</u>: The parties do not now see any need for bifurcation.

12. <u>Proposed Date For The Pretrial Conference</u>: The parties agree that a pretrial conference should not be scheduled until the close of discovery.

13. <u>Trial Date</u>: The parties agree that, if necessary, a trial date should be set at the pretrial conference.

14. <u>Other Matters</u>: Counsel shall submit no later than July 21, 2008, a supplemental pleading containing a brief statement of the case and the statutory basis for all causes of action and defenses pursuant to this Court's Order.

The parties discussed exchanges of electronic information pursuant to Fed. R. Civ. Pro. 26(f) and do not anticipate disputes with respect to this exchange.

                                                          Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| Cathy A. Harris, Bar No. 467206 | JEFFREY A. TAYLOR, D.C. BAR # 498610 |
| Kator, Parks & Weiser, PLLC | United States Attorney |
| 1020 19th Street, NW Suite 350 | |
| Washington, DC 20036 | |
| (202) 898-4800 | /s/ |
| Fax: (202) 289-1389 | RUDOLPH CONTRERAS, D.C. BAR #434122 |
| | Assistant United States Attorney |
| | |
| | /s/ |
| | CHRISTIAN NATIELLO, D.C. BAR #473960 |
| | Assistant United States Attorney |
| | Civil Division |
| | 555 4th Street, N.W. |
| | Room #4112 |
| | Washington, D.C. 20530 |
| | (202) 307-0338 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KARL HAMPTON,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES F. CONNER, Acting Secretary,<br>United States Department of Agriculture,<br><br>    Defendant. | No. 07-2221 (ESH) |

## INITIAL SCHEDULING ORDER

UPON CONSIDERATION of the Report of Local Rule 16.3 Conference and the entire record herein, this _____ day of _____, 2008, it is hereby:

ORDERED that the parties shall be allowed a non-expert discovery period of six months, and sixty (60) days thereafter to complete expert discovery, and it is further

ORDERED that any dispositive motions shall be filed no later than forty (40) days after the close of all discovery, any opposition thereto shall be filed no later than thirty (30) days following the filing of the dispositive motion, and any reply shall be filed no later than fifteen (15) days following the filing of the opposition; and it is further

ORDERED that expert witness reports shall be exchanged in accordance with Fed. R. Civ.P.26(a)(2), except that Plaintiff's expert report will be disclosed to Defendant by the close of non-expert discovery, and that Defendant's expert report(s), if any, shall be disclosed to Plaintiff thirty days thereafter.  The parties will complete all expert depositions by the close of the expert discovery period.

 IT IS SO ORDERED.

Date_____            _____
                                                            Ellen S. Huvelle
                                                            United States District Judge