UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KARL HAMPTON,

    Plaintiff,

        v.

EDWARD SCHAFER,

    Defendant.

No. 07-2221 (ESH)

**PLAINTIFF'S STATEMENT OF THE CASE**

Plaintiff alleges ten counts of race discrimination and retaliation arising out of his employment, and ultimately the termination of his employment, with the Foreign Agricultural Service. The Court is already familiar with the core facts of this case as five of the ten counts were presented in Defendant's unsuccessful motion to dismiss. Accordingly, Plaintiff provides here only an abbreviated statement of the case.

Counts I and II of Plaintiff's complaint allege race discrimination and retaliation in Defendant's refusal to promote Plaintiff during the period from 2004 through 2007. Beginning in October 2004, Plaintiff was considered for promotion in Defendant's rank-in-person personnel system from FS-03 rank to FS-02. Prior to this, Plaintiff has engaged in protected activity under Title VII and he had pending complaints of discrimination. His supervisor at that time, Dale Miller, had previously stated that Plaintiff's problem was that he was "acting like a nigger from California, rather than a nigger from Mississippi." Mr. Miller's input was instrumental in the denial of Plaintiff's promotion.

Counts III and IV challenge Plaintiff's termination on discrimination and retaliation grounds. Beginning around June 2003, Defendant began investigating Mr. Hampton's alleged

improper use of his government position, submission of travel vouchers, reconciliation of travel vouchers, and disclosure of financial interests. However, in October 2003, Plaintiff discussed the financial disclosure issue with an Ethics Officer and made required adjustments regarding his interest in a particular corporation, Syrisia's Food. The Ethics Officer concluded that Plaintiff had not willfully or knowingly withheld information from the past financial disclosure forms, and that his interest in the corporation did not constitute a conflict of interest. Notwithstanding this, the Agency persisted in its investigation of Plaintiff and relied upon these facts in proposing his removal. Similarly, the Department of Agriculture's Office of Inspector General refused to pursue allegations concerning putative irregularities in Mr. Hampton's travel vouchers. Nonetheless, Defendant relied on these grounds in terminating Plaintiff. Plaintiff contends that these reasons are a mere pretext to disguise its true discriminatory and retaliatory motives.

Counts V and VI allege that the Defendant denied Plaintiff foreign assignments for discriminatory and retaliatory reasons. By rule, the Defendant required that all Foreign Service personnel serve an overseas assignment at least once every eight years. Plaintiff had served eight years domestically by November 2004. Nonetheless, according to a statement made by the Deputy Administrator, he was denied an overseas assignment at least in part because he had pending EEO complaints.

Counts VII and VIII allege that Defendant created a hostile work environment because of its series of racially and retaliatory actions it took against Plaintiff. These counts were discussed in detail in the motion to dismiss.

Finally, Counts IX and X allege that Defendant discriminated against Plaintiff because of his race and retaliated against him on account of his prior protected activity when it placed

Plaintiff in a leave-without-pay status pending a decision by the Foreign Service Grievance Board on the proposed removal.

DATED:  July 21, 2008                                  _____/s/_____
                                                                           Michael J. Kator
                                                                           KATOR, PARKS & WEISER
                                                                           1200 18th Street, N.W., Suite 1000
                                                                           Washington, DC 20036
                                                                           (202) 898-4800
                                                                           Attorney for Plaintiff